UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TANIA HERNANDEZ, and ZOILA HERNANDEZ | )<br>) Civil Action Number:<br>) 1:11-cv-01749-JOF<br>) FLSA Action<br>) Jury Trial Demanded |
| Plaintiffs, | ) |
| v. | )<br>) |
| CHEPES MEXICAN GRILL, LLC | )<br>) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiffs Tania Hernandez and Zoila Hernandez ("Plaintiffs) by and through their undersigned counsel, and discontinues the above-entitled action and dismisses the complaint with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i).

Respectfully submitted this 18th day of October, 2011.

By: /s/ Thomas F. Martin
Thomas F. Martin
Georgia Bar No. 482595
tfmartin@martinandmartinlaw.com
Kimberly N. Martin
Georgia Bar No. 473410

kmartin@martinandmartinlaw.com
Martin & Martin, LLP
Post Office Box 1070
Tucker, Georgia 30085-1070
Telephone: (770) 344-7267
Facsimile: (770) 837–2678

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| TANIA HERNANDEZ, and ZOILA HERNANDEZ | ) <br> ) Civil Action Number: <br> ) 1:11-cv-01749-JOF <br> ) FLSA Action <br> ) Jury Trial Demanded |
| Plaintiffs, | ) |
| v. | ) <br> ) |
| CHEPES MEXICAN GRILL, LLC | ) <br> ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

This is to hereby certify that on this 18th day of October, 2011, I electronically filed a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following attorneys of record:

> Thomas F. Martin
> Georgia Bar No. 482595
> tfmartin@martinandmartinlaw.com
> Kimberly N. Martin
> Georgia Bar No. 473410
> kmartin@martinandmartinlaw.com
> Martin & Martin, LLP
> Post Office Box 1070
> Tucker, Georgia 30085-1070
> Telephone: (770) 344-7267

Facsimile: (770) 837–2678

/s/ Thomas F. Martin
Attorney for Plaintiffs